UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. THOMAS J. AQUILINO, JR., SENIOR JUDGE

| | | |
|---|---|---|
| ALPINESTARS S.P.A., | : | |
| Plaintiff, | : | Court No. 08-0367 |
| | : | and Attached Schedule |
| v. | : | |
| UNITED STATES, | : | |
| Defendant | : | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Brandon A. Kennedy hereby enters his appearance as lead attorney of record for the United States, defendant, in the above-captioned action as well as in the actions listed on the attached schedule (in which the parties and case names are the same as in the above), and requests that all papers in connection therewith be referred to his attention.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

BY:        /s/ Justin R. Miller
           JUSTIN R. MILLER
           Attorney-In-Charge
           International Trade Field Office

           /s/ Brandon A. Kennedy
           BRANDON A. KENNEDY
           Trial Attorney
           Department of Justice, Civil Division
           Commercial Litigation Branch
           26 Federal Plaza – Suite 346
           New York, New York 10278
           (212) 264-9237

Dated: September 22, 2021           *Attorneys for Defendant*

## Schedule to Notice of Appearance

1:09-CV-0178
1:10-CV-0024
1:09-CV-0075
1:09-CV-0115
1:10-CV-0028
1:09-CV-0322
1:09-CV-0147
1:09-CV-0074
1:09-CV-0112
1:10-CV-0079
1:09-CV-0320
1:09-CV-0393
1:09-CV-0388
1:09-CV-0076
1:09-CV-0113
1:09-CV-0513
1:10-CV-0080
1:08-CV-0407
1:09-CV-0319
1:09-CV-0176
1:09-CV-0077
1:09-CV-0114
1:10-CV-0027
1:10-CV-0078
1:09-CV-0179
1:10-CV-0025
1:09-CV-0107
1:09-CV-0131
1:09-CV-0389
1:10-CV-0009
1:09-CV-0321
1:09-CV-0418
1:09-CV-0517
1:10-CV-0006
1:10-CV-0008
1:08-CV-0408
1:10-CV-0005
1:09-CV-0417
1:09-CV-0512